Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama ▾

Civil Division

DAVID JAMAL WATKINS )
)
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
**-v-** )
)
PFIZER, INC., BASF CORPORATION, BASF )
PHARMA, JOHNSON & JOHNSON, PFIZER )
HOLDINGS AMERICAS CORPORATION )
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Case No.  2:23-cv-60-JB-MU

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | David Jamal Watkins |
| Street Address | 205 McWilliams Avenue |
| City and County | Camden, Wilcox County |
| State and Zip Code | Alabama |
| Telephone Number | 334-375-3364 |
| E-mail Address | dwatkins271@gmail.com |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PFIZER, INC. |
| Job or Title *(if known)* | c/o REGISTERED AGENT - CT CORPORATION |
| Street Address | 28 LIBERTY STREET, FLOOR 42 |
| City and County | NEW YORK |
| State and Zip Code | NEW YORK10005 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | BASF CORPORATION |
| Job or Title *(if known)* | c/o REGISTERED AGENT - CT CORPORATION |
| Street Address | 820 BEAR TAVERN ROAD |
| City and County | WEST TRENTON |
| State and Zip Code | NEW JERSEY 08628 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | PFIZER HOLDINGS AMERICAS CORPORATION |
| Job or Title *(if known)* | C/O REGISTERED AGENT - CT CORPORATION |
| Street Address | 4701 COX ROAD, SUITE 285 |
| City and County | GLEN ALLEN |
| State and Zip Code | VIRGINIA 23060 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | JOHNSON & JOHNSON |
| Job or Title *(if known)* | C/O REGISTERED AGENT - JOHNSON & JOHNSON |
| Street Address | ONEJOHNSON  & JOHNSON PLAZA |
| City and County | NEW BRUNSWICK |
| State and Zip Code | NEW JERSEY 08933 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

        The plaintiff, *(name)*  David Jamal Watkins                    , is a citizen of the State of *(name)*  Alabama                    .

    b.     If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)*  Pfizer, Inc. , is incorporated under

the laws of the State of *(name)*  New York , and has its

principal place of business in the State of *(name)*  New York .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)*  New York .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff has long term injuries and suffered from a near fatal injury due to using Defendants' products when Plaintiff contracted Stevens Johnson TEN Syndrome.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff contracted Stevens Johnson TEN after using Amoxicillin, Ibuprophen, and Acetaminophen. Plaintiff has long-term ocular complications including corneal damage in the form of scarring or limbal stem cell failure is the most severe ocular outcome.

Plaintiff suffers from conjunctival scarring can contribute to long-term corneal pathology and subsequent visual impairment.

Plaintiff sufferers as a consequence of Defendants ' actions from palpebral conjunctival scarring can cause chronic microtrauma with the blink reflex, while symblepharon formation can lead to poor tear film dynamics and predisposition to severe dry eye

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages, exemplary, punitive, and statory penalities and damaes allowed by law, including interest in amounts to be proven, appropriate declartory, equitable, medical monitoring, future medical expenses covered for treatments related to long term effects of Stevens Johnson TEN Syndrome.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02/10/2023

Signature of Plaintiff          *David Jamal Watkins*

Printed Name of Plaintiff     David Jamal Watkins

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

PRESS FIRMLY TO SEAL

PRESS FIRM


FSC
MIX
Board
FSC® C119016


how2recycle.info
PAPER
POUCH

PRIORITY MAIL
FLAT RATE
ENVELOPE




PITNEY BOWES


US POSTAGE
$ 009.65⁰
02 7H
0001326414    FEB 10 2023
MAILED FROM ZIP CODE 36425

# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

ted delivery date specified for domestic use.

domestic shipments include up to $50 of insurance (restrictions apply).*

Tracking® included for domestic and many international destinations.

d international insurance.**

used internationally, a customs declaration form is required.

e does not cover certain items. For details regarding claims exclusions see the
Mail Manual at *http://pe.usps.com*.

ernational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# T RATE ENVELOPE
ATE ■ ANY WEIGHT

NITED STATES
OSTAL SERVICE®



INSURED

ED

USPS TRACKING #

9022 0085 2187 8806 98

LAB400R Aug. 2013
7690-17-000-0669

4F May 2020
12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# PRIORITY® ★ MAIL ★

UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

David J. Watkins
205 McWilliams Avenue
Camden, AL 36726

**TO:**

United States District Court
Attn: Clerk of Court
155 St. Joseph Street
Mobile, AL 36602

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

David Watkins
205 McWilliams Avenue
Camden, AL  36726

United States District Court - Southern,
District

Attn: Clerk of Court

155  St. Joseph Street

Mobile, Alabama  36602